■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEJANDRINA JAEN, Appellant. [33 NYS3d 699]—

Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered September 1, 2010, convicting defendant, upon her plea of guilty, of criminal possession of a controlled substance in the third degree, and sentencing her to a term of five years' probation, unanimously affirmed.

The court properly denied defendant's motion to controvert the search warrant that led to the recovery of drugs from defendant's apartment. Probable cause was established by information provided by a reliable confidential informant regarding two controlled buys personally made by the informant, and sufficiently verified by the police who supervised the buys (*see e.g. People v Freeman*, 106 AD3d 590 [1st Dept 2013], *lv denied* 21 NY3d 1073 [2013]; *People v Gramson*, 50 AD3d 294, 295 [1st Dept 2008], *lv denied* 11 NY3d 832 [2008]). Concur—Tom, J.P., Friedman, Richter, Kapnick and Gesmer, JJ.